UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM JEREMIAS, ROGER MARIANI, and MICHAEL RUBIN, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>iDREAMSKY TECHNOLOGY LIMITED, MICHAEL XIANGYU CHEN, JEFFREY LYNDON KO, ANFERNEE SONG GUAN, STEVEN XIAOYI MA, ERHAI LIU, DAVID YUAN, MINGYAO WANG, BIN YU, RUBY RONG LU, JUN ZOU, J.P. MORGAN SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, STIFEL, NICOLAUS & COMPANY, INC., and PIPER JAFFRAY & CO.,<br><br>      Defendants. | No. 15 Civ. 03484 |

## CORPORATE DISCLOSURE STATEMENT OF CREDIT SUISSE SECURITIES (USA) LLC

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC, by its undersigned counsel, states as follows:

Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc.  Credit Suisse Holdings (USA), Inc. is a jointly-owned subsidiary of (1) Credit Suisse AG and (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland

and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated: New York, New York
       June 1, 2015

                           **SIMPSON THACHER & BARTLETT LLP**

                           By:    /s/ Peter E. Kazanoff

                                 Peter E. Kazanoff
                                 Sarah E. Phillips
                                 425 Lexington Avenue
                                 New York, New York  10017
                                 (212) 455-2000
                                 pkazanoff@stblaw.com
                                 sarah.phillips@stblaw.com
                                 *Attorneys for Defendants J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC, Stifel, Nicolaus & Co., Inc., and Piper Jaffray & Co.*